# CR 16-00108

FILE UNDER SEAL

INFORMATION SHEET

DEARIE, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LEVY, M.J.

1. Title of Case: <u>United States v. John Doe</u>

2. Related Magistrate Docket Number(s): _____

3. Arrest Date: <u>Defendant pleading to information, first appearance on date of plea</u>

4. Nature of offense(s): ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):<u>U.S. v. Hawit et al</u>, 15 CR 352 (S-1) (RJD), <u>U.S. v. Tordin</u>,15 CR 564 (RJD), <u>U.S. v. Huguet</u>, 15 CR 585 (RJD)

6. Projected Length of Trial:  Less than 6 weeks  ☒
   More than 6 weeks  ☐

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☒ Yes  ☐ No

9. Has this indictment/information been ordered sealed?   ☐ Yes  ☒ No

10. Have arrest warrants been ordered?   ☐ Yes  ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes  ☒ No

ROBERT L. CAPERS
United States Attorney

By: _____
Paul Tuchmann
Assistant U.S. Attorney
(718) 254-6294

FILED
CLERK
2016 MAR -4 PM 2:55
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12