EMN:PT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-                            O R D E R

MIGUEL TRUJILLO,                16 CR 108 (RJD)

            Defendant.

- - - - - - - - - - - - - - - - - - - - - X

       Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Paul Tuchmann, for an order (a) unsealing the information sheet for defendant MIGUEL TRUJILLO in the above-captioned matter; and (b) changing the caption in the above-captioned matter to reflect the name of the defendant MIGUEL TRUJILLO.

       WHEREFORE, it is ordered that the information sheet for MIGUEL TRUJILLO in the above-captioned matter be unsealed, and that the caption of this case be amended to reflect the name of the defendant MIGUEL TRUJILLO.

Dated:    Brooklyn, New York
          March 7, 2016

                                     S/ Raymond J. Dearie
                                     THE HONORABLE RAYMOND J. DEARIE
                                     UNITED STATES DISTRICT JUDGE
                                     EASTERN DISTRICT OF NEW YORK