IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>MIGUEL TRUJILLO, )<br>)<br>    Defendant. )<br>_____) | Case No. 16 CR 108 (RJD) |

### NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE that the Joseph S. Rosenbaum, P.A., hereby enters a Notice of Appearance as Counsel on behalf of the Defendant in the above-styled cause. E-mail designation for the undersigned counsel is: jsr@rosenbaumlawoffice.com; ka@rosenbaumlawoffice.com; am@rosenbaumlawoffice.com where service of all documents, writings, pleadings, notices and court orders should be made.

### CERTIFICATE OF SERVICE

HEREBY CERTIFY that on this 8th day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either by electronic transmission generated by CM/ECF, or in some other manner for those counsel or parties who are not able to receive electronic filings.

    Respectfully submitted,

    *s/ Joseph. S. Rosenbaum*
    JOSEPH S. ROSENBAUM, ESQUIRE
    FLORIDA BAR NO. 240206

    JOSEPH S. ROSENBAUM, P.A.
    40 NW 3rd Street, Suite 200
    Miami, Florida 33128
    Tel: (305) 446-6099
    Fax: (305) 675-6156
    Email: jsr@rosenbaumlawoffice.com