IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 16 CR 108 (RJD) |
| ) | |
| MIGUEL TRUJILLO, ) | |
| ) | |
| Defendant. ) | |

## ADMISSION TO PRACTICE PRO HAC VICE

The Motion for Admission to Practice pro hac vice in the above captioned matter is granted. The admitted attorney Joseph S. Rosenbaum is permitted to argue or try this particular case in whole or in part as counsel or advocate for MIGUEL TRUJILLO.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice on the above listed case will be made on the roll of attorneys.

Dated: 9 of March, 2016.

s/ RJD

United States District Judge

cc: Joseph S. Rosenbaum
40 NW 3rd Street, Suite 200
Miami, FL 33128

Court File