

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 14, 2020

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Miguel Trujillo
     Criminal Docket No. 16-108 (PKC)

Dear Judge Chen:

  The government respectfully requests that the sentencing control date for defendant Miguel Trujillo, currently set for September 16, 2020, be adjourned for six months. Defense counsel has been consulted and joins in this request.

          Respectfully submitted,

          SETH D. DuCHARME
          Acting United States Attorney

    By:   /s/
          Samuel P. Nitze
          Assistant U.S. Attorney
          (718) 254-6465

cc: Frank Schwartz, Esq. (by ECF and email)