

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

KDE

*271 Cadman Plaza East
Brooklyn, New York 11201*

March 31, 2021

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Miguel Trujillo
      <u>Criminal Docket No. 16-108 (PKC)</u>

Dear Judge Chen:

  The government respectfully requests that the sentencing control date for defendant Miguel Trujillo, currently set for April 8, 2021, be adjourned for six months. Defense counsel has been consulted and joins in this request.

           Respectfully submitted,

           MARK J. LESKO
           Acting United States Attorney

      By:   /s/
           Keith D. Edelman
           Assistant U.S. Attorney
           (718) 254-6328

cc: Frank Schwartz, Esq. (by ECF and email)