**FRANK SCHWARTZ, P.A.**
Attorney at Law
Alfred I. DuPont Building
169 East Flagler Street
Suite 1200
Miami, Florida 33131

FRANK SCHWARTZ, ESQ.                                                                 Tel. (305) 379-5661
frank@fschwartzlaw.net                                                               Fax (305) 379-5687

July 26 ,2023

**Via ECF**
The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     *Re:*    *U.S. A. v. Miguel Trujillo*
                *Case No. 16-CR-00108-PKC*

Dear Judge Chen:

     The above referenced matter is presently set for Sentencing on August 16, 2023. It is respectfully requested that a 60-day adjournment of the sentencing date be granted to allow the parties to complete the drafting of the Presentence Investigation Report and any potential objections to the report. Undersigned counsel has conferred with AUSA Victor Zapana who advises that the government joins in on the request to a 60-day adjournment of the sentencing date.

     Thank you for your consideration of this matter.

                                                 Sincerely,

                                                 *Frank Schwartz*
                                                 Frank Schwartz, Esquire
                                                 Fla. Bar # 120205

cc:     AUSA Victor Zapana